# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1452
Lower Tribunal No. 2025-DR-005811-O

_____

AARON LEE BULLOCK,

Appellant,

v.

MELISSA BAQUERO,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Gisela T. Laurent, Judge.

August 22, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

NARDELLA, WOZNIAK and MIZE, JJ., concur.


Aaron Lee Bullock, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED